**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

## COURT MINUTES - CRIMINAL

BEFORE: Leo I. Brisbois
U.S. MAGISTRATE JUDGE

United States of America,

Plaintiff,

v.

Steven Michael Fortin,

Defendant.

| | |
|---|---|
| Case No: | 26-mj-640 (LIB) |
| Date: | August 13, 2026 |
| Courthouse: | Duluth |
| Courtroom: | Zoom from Courtroom 3 |
| Time Commenced: | 3:35 p.m. |
| Time Concluded: | 3:57 p.m. |
| Time in Court: | 22 minutes |

APPEARANCES:

Plaintiff: Will Mattessich, Assistant U.S. Attorney
Defendant: Matthew Deates and Maddy Bullard, Assistant Federal Public Defenders

X Advised of Rights on X Complaint

X The Court finds the Defendant eligible for the services of the Federal Defender. Matthew Deates and Maddy Bullard to be appointed.

X Date charges or violation filed: August 5, 2026
X **Charges from other District:** Western District of Michigan
X Title and Code of underlying offense from other District:
18 U.S.C § 875(c); Interstate communications
18 U.S.C § 2261A(2); Cyberstalking
18 U.S.C §§ 117; Domestic assault by an habitual offender
18 U.S.C §§ 13, 1151, 1152
Michigan Compiled Laws § 750.115; Entering without breaking
X Case no: 2:26-mj-58 (MV)

X Government moves for detention. Motion is X granted, temporary detention ordered

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**

Next appearance 8/19/2026 at 10:30 a.m. is at before U.S. Magistrate Judge Leo I. Brisbois in Courtroom 3, Duluth for:
X Preliminary hrg X Detention hrg X Removal hrg

Additional Information:
X Defendant consents to this hearing via video conference.
X Counsel for Government advised in accordance with the Due Process Protections Act, Pub. L. No. 116-182.

s/JLB
Signature of Courtroom Deputy