UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Steven Michael Fortin,

Defendant.

Case No: 26-mj-640 (LIB)

ORDER OF PRELIMINARY DETENTION PENDING HEARING PURSUANT TO BAILREFORM ACT

---

Upon motion of the United States, it is ORDERED that a detention hearing and removal hearing is set for August 19, 2026, at 10:30 a.m. before Magistrate Leo I. Brisbois in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATED: August 13, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE